**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHISETTS
(Central Division)**

| | |
|---|---|
| VOICE DOMAIN TECHNOLOGIES, LLC,<br><br>                              Plaintiff,<br><br>     v.<br><br>Zoom Corporation.<br><br>                              Defendant. | Civil Case No. 4:11-cv-40069TSH |

**NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to rule 41(a)(1)(A)(i), F.R.C.P., plaintiff Voice Domain Technologies, LLC hereby dismisses with prejudice all claims asserted in this action against Zoom Corporation.

Signed this 30 th day of April, 2012.

                                              **Counsel for Plaintiff**

                                              Respectfully submitted,

                                              VOICE DOMAIN TECHNOLOGIES, LLC

Dated:  April 30, 2012                         By _____/s/Bruce J. Barker_____
                                              Bruce J Barker (BBO No. 551102)
                                              176 East Main Street, Suite 6
                                              Westborough, MA 01581
                                              (508) 366-3800
                                              bbarker@chsblaw.com

## Certificate Of Service

I hereby certify that a true copy of the above Notice Of Dismissal With Prejudice was served upon Eric Cohen, attorney for Zoom Corporation, by electronic mail on April 30, 2012 to the following address:

> Katten Muchin Rosenman LLP
> 525 West Monroe Street
> Chicago, Illinois 60661-3693

.

By  /s/ Bruce J. Barker_____
    Bruce J Barker